Louis Earl VINSON, Appellant, v. The The STATE of Texas, Appellee.

No. 24520.

Court of Criminal Appeals of Texas.

Oct. 19, 1949.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon a plea of guilty before the court appellant was convicted for burglary, and punishment assessed at three years in the penitentiary.

He perfected his appeal to this court and now advises the court that he does not further desire to prosecute his appeal, and at his request the same is therefore dismissed.

William R. McDONALD, Appellant, v. STATE, Appellee.

No. 24452.

Court of Criminal Appeals of Texas.

Nov. 2, 1949.

No attorney for appellant.

A. C. Winborn, Cr. Dist. Atty., Houston, E. T. Branch, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon trial under indictment charging appellant with assault with intent to murder one C. R. Valentine appellant was convicted of aggravated assault, and his pun-

ishment assessed at a fine of $1,000.00 and imprisonment in the county jail for six months.

Appeal was perfected to this court. Appellant now advises this court by his affidavit that he does not desire to prosecute his appeal, and at his request same is dismissed.